UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREN ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1551** |
| **N. BURL CAIN, WARDEN** | **SECTION: "E" (5)** |

**ORDER**

The Court has considered the Petition, the record, the applicable law, the Report and Recommendation of the magistrate judge. The Petitioner has filed no objection to the Report and Recommendation. The findings of fact and conclusions of law of the magistrate judge are correct and his Report and Recommendation[1] is adopted.

**IT IS ORDERED** that the petition of Darren Robinson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICED**.

New Orleans, Louisiana, this 23rd day of November, 2016.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 25.